and others against Sali Rubin and others, in which Carl Weinberg appeals. No opinion. Motion granted, with $10 costs, unless the appellant places the cause on the present calendar and proceeds with the argument when the case is reached.

KOZAK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George Kozak against the Erie Railroad Company. No opinion. Motion to resettle order denied, without costs. See, also, 120 N. Y. Supp. 1131.

KROMBACH, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Rosa Krombach against Adrian H. Joline and another. B. H. Ames, for appellants. H. E. Herman, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

LADEW, Appellant, v. ALBANY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by William Ladew against the Albany Savings Bank. P. Bonynge, for appellant. H. G. Gray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAMB, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Adam Lamb against Henry C. Friedman. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LAUX, Appellant, v. LOOMIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Mattie Laux against George T. Loomis and others. No opinion. Appeal dismissed, with costs, under general rule No. 39.

LAVIN, Appellant, v. FARGO, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Thomas Lavin, an infant, against James C. Fargo, as president, etc. H. J. Goldsmith, for appellant. J. W. Welsh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAYDON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Katharine A. Laydon against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

LENNON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by James Lennon against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent.

LEVIN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Harry Levin against the Nassau Electric Railroad Company. No opinion. Motion denied, with costs.

LEVY et al. v. JAECKEL. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Appeal from Trial Term, New York County. Action by Felix H. Levy and another against Albert Jaeckel. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Modified and affirmed, on condition that remittitur be made. John Leary, for appellant. Ernest Hall, for respondents.

PER CURIAM. The judgment and order are reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiffs consent to modify the judgment by striking out the interest allowed, amounting to $374, and the amount of the extra allowance, in which event the judgment, as so modified, and the order appealed from, are affirmed, with costs to the respondents.

LOEB, Appellant, v. M. MOSSON CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by William Loeb against the M. Mosson Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LOESCHAUER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Catharine Loeschauer, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 128 App. Div. 909, 112 N. Y. Supp. 1135.

McLENNAN, P. J., dissents, upon the ground that there is no evidence tending to show that the absence of the rail, which is the charge of negligence against the defendant, in any way contributed to the accident.

LOVELAND et al., Appellants, v. HESS, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Theodore O. Loveland and another against John Hess.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that the contract was one for the sale of goods.